IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, et al. | : | CIVIL ACTION |
| Plaintiffs | : | |
| vs. | : | NO. 08-04709 |
| LAFAYETTE COLLEGE, et al. | : | |
| Defendants | : | |

---

| | | |
|---|---|---|
| KATHERINE MONTORO | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | NO. 09-00351 |
| vs. | : | |
| LAFAYETTE COLLEGE, et al. | : | |
| Defendants | : | |

**ORDER**

AND NOW, this 22nd day of October, 2009, following a Rule 16 telephone conference call with all counsel, it is hereby ORDERED that counsel shall file a joint report with the Court by no later than November 4, 2009 as to whether this matter is settled, or in the alternative, whether counsel agree to submit this matter to private mediation. If no agreement is reached by November 4, 2009, the Court will issue a Jury Trial Scheduling Order.

BY THE COURT:

/s/ *THOMAS M. GOLDEN*
THOMAS M. GOLDEN, J.